# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

COMMERCIAL INTERIOR DESIGN, INC.
a/k/a Commercial Interior Designs, Inc.

Case: 1:07-cv-01468
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/13/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

COMMERCIAL INTERIOR DESIGN, INC.
a/k/a Commercial Interior Designs, Inc.
73 Byberry Road
Hatboro, PA 19040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within twenty (20) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

AUG 13 2007

DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
VS                                           Civil Action No.  1:07-CV-01468 ( EGS)

COMMERCIAL INTERIOR DESIGN, INC.
     a/k/a Commercial Interior Designs, Inc.

SERVICE OF PROCESS ON: COMMERCIAL INTERIOR DESIGN, INC.
                                 a/k/a Commercial Interior Designs, Inc.

I, Shawn F. Schaffer, Undersigned being duly sworn, deposes and says that he was at the time of service, over the age of eighteen, and not a party to this action.

Date of service:    9/05/2007 @ 11:15 AM
Place of service:   73 Byberry Ave., Hatboro, PA 19040
Documents served:  Summons and Complaint

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

____ By personally delivering them into the hands of the person being served
____ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:
__X__ By delivering to an officer or person-in-charge or managing agent whose name and title is:
       **Margaret Hughes – Office Manager**
____ Other:_____

Description of person receiving documents: Male/Female  Skin color _wh.t_
                                            Hair color _Brown_  Age _50's_ Hgt _5'7_ Wgt _125_

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Shawn F. Schaffer_____ Date 9/5/07


Sanford G. Rosenthal, Esquire
510 Walnut St., Ste 1600.
Philadelphia, PA 19106          215-922-6700

Prepared by: Legal Errands, Inc.
       P.O. Box  24866
       Philadelphia, PA 19130
       215-751-1124