IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT )<br>OF THE SHEET METAL INDUSTRY )<br>TRUST FUND, *et al* )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CAPITOL SIGN COMPANY, INC.　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant　　　　　　 ) | CIVIL ACTION<br><br>NO. 07-3522 |

**REQUEST TO CLERK TO ENTER**
**DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)**

You will please enter a default on Defendant, Capitol Sign Company, Inc. d/b/a Capital Manufacturing a/k/a Capital Sign Company, Inc. a/k/a Capital Sign Systems a/k/a Capitol Sign Systems a/k/a Capital Electrical Sign Advertising a/k/a Capitol Electrical Sign Advertising ("Defendant") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Philip A. Lozano.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　　　　　　BY:/s/　　Philip A. Lozano
　　　　　　　　　　　　　　　　　　PHILIP A. LOZANO, ESQUIRE
　　　　　　　　　　　　　　　　　　(I.D. NO. 203562)
　　　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　　　510 Walnut Street, Independence Square
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-3683
　　　　　　　　　　　　　　　　　　(215) 351-0669
Date: September 25, 2007　　　　　　Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, *et al* <br><br> Plaintiffs <br><br> v. <br><br> CAPITOL SIGN COMPANY, INC. <br><br> Defendant | CIVIL ACTION <br><br> NO. 07-3522 |

## DECLARATION OF PHILIP A. LOZANO, ESQUIRE FOR ENTRY OF DEFAULT

Philip A. Lozano, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Capitol Sign Company, Inc. d/b/a Capital Manufacturing a/k/a Capital Sign Company, Inc. a/k/a Capital Sign Systems a/k/a Capitol Sign Systems a/k/a Capital Electrical Sign Advertising a/k/a Capitol Electrical Sign Advertising ("Defendant") on September 5, 2007, by Shawn F. Schaffer, Process Server, who served Judy Horvath, Executive Assistant at Route 309 and Broad Street, Lansdale, PA 19446. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a

188312-1

company, Commercial Interior Design, Inc. a/k/a Commercial Interior Designs, Inc. is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/     Philip A. Lozano
> PHILIP A. LOZANO, ESQUIRE

Date: September 25, 2007

188312-1

## CERTIFICATE OF SERVICE

I, PHILIP A. LOZANO, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

> CAPITOL SIGN COMPANY, INC.
> Route 309 and Broad Street
> Lansdale, PA 19446

> s/   Philip A. Lozano
> PHILIP A. LOZANO, ESQUIRE

Date: September 25, 2007

188312-1