IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 07-1468 (EGS) |
| v. | ) ) | |
| COMMERCIAL INTERIOR DESIGN, INC. a/k/a Commercial Interior Designs, Inc. | ) ) ) | |
| Defendant | ) ) | |

## REQUEST TO CLERK TO ENTER
## DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Commercial Interior Design, Inc. a/k/a Commercial Interior Designs, Inc. ("Defendant") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                            Respectfully submitted,

                                            JENNINGS SIGMOND, P.C.

                                     BY:/s/    Sanford G. Rosenthal
                                     SANFORD G. ROSENTHAL, ESQUIRE
                                     (I.D. NO. 478737)
                                     The Penn Mutual Towers, 16th Floor
                                     510 Walnut Street, Independence Square
                                     Philadelphia, PA 19106-3683
                                     (215) 351-0611
Date: September 25, 2007               Attorney for Plaintiff

OF COUNSEL:

PHILIP A. LOZANO
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669
188309-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | |
| Plaintiff ) | CIVIL ACTION NO. 07-1468 (EGS) |
| v. ) ) ) | |
| COMMERCIAL INTERIOR DESIGN, INC. ) a/k/a Commercial Interior Designs, Inc. ) ) | |
| Defendant ) | |

## DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendant, Commercial Interior Design, Inc. a/k/a Commercial Interior Designs, Inc. ("Defendant") on September 5, 2007, by Shawn F. Schaffer, Process Server, who served Margaret Hughes, Office Manager at 73 Byberry Ave., Hatboro, PA 19040. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a company, Commercial Interior Design, Inc. a/k/a Commercial Interior Designs, Inc. is not in the military service.

188309-1

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/     Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: September 25, 2007

188309-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

COMMERCIAL INTERIOR DESIGN, INC.
a/k/a Commercial Interior Designs, Inc.
73 Byberry Road
Hatboro, PA 19040

s/    Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: September 25, 2007

188309-1