Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Plaintiff(s)

V.

Civil Action No. 07-cv-01468-EGS

COMMERCIAL INTERIOR DESIGN, INC.
also known as
COMMERCIAL INTERIOR DESIGNS, INC.

Defendant(s)

RE: COMMERCIAL INTERIOR DESIGN, INC.
also known as
COMMERCIAL INTERIOR DESIGNS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 05, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 28th day of September, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Jackie Francis
Deputy Clerk